JS 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELVENIA BRATTON, <br> Plaintiff, <br> vs. <br> OCWEN LOAN SERVICING, et al., <br> Defendants. <br> _____ | Case No.: CV 10-9462 DSF (SSx) <br><br> JUDGMENT |

The Court having previously dismissed Yeager Inland Empire, Inc. and John Saginaw (erroneously sued as John Saw) on the merits after the filing of motions to dismiss and having dismissed the remaining defendants for failure to prosecute,

IT IS ORDERED AND ADJUDGED that the plaintiff take nothing, that Yeager Inland Empire, Inc. and John Saginaw be dismissed with prejudice and that all other defendants be dismissed without prejudice.

Dated: 1/23/12

Dale S. Fischer
United States District Judge